# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2020-0490, <u>Mary Feeney v. Karyn Kelley</u>, the court on October 20, 2021, issued the following order:**

The defendant's motion for leave to replace certain black and white photographs in her appendix with color photographs is granted.

Having considered the briefs, memorandum of law, and record submitted on appeal, the court concludes that oral argument is unnecessary in this case, <u>see</u> <u>Sup. Ct. R.</u> 18(1), and that the defendant has not established reversible error, <u>see</u> <u>Sup. Ct. R.</u> 25(8); <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014).

<u>Affirmed</u>.

MacDonald, C.J., and Hicks, Hantz Marconi, and Donovan, JJ., concurred.

**Timothy A. Gudas,
Clerk**